731 A.2d 1275

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gina PERIN, Petitioner.**

Supreme Court of Pennsylvania.

June 22, 1999.

98

***ORDER***

PER CURIAM:

**AND NOW,** this 22nd day of June 1999, the petition for allowance of appeal is GRANTED, the order of the Commonwealth Court is VACATED and the case is REMANDED to the Court of Common Pleas of Lehigh County to conduct a jury trial in the instant forfeiture proceeding.